**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 56 EAL 2024
                    : 
           Respondent         : 
                    :   Petition for Allowance of Appeal
                    :   from the Order of the Superior Court
         v.                  : 
                    : 
                    : 
DAVID ALSTON,            : 
                    : 
           Petitioner          : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.